IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH SMITH ARDELL,

    Plaintiff,                   No. 2:13-cv-0465 DAD P

    vs.

SACRAMENTO SHERIFF
DEPARTMENT, et al.,             ORDER AND

    Defendant.            FINDINGS AND RECOMMENDATIONS

        Plaintiff is a former county jail inmate proceeding pro se in this civil rights action. Plaintiff's complaint was filed with the court on March 7, 2013. The court's own records reveal that on November 19, 2012, plaintiff filed an amended complaint containing virtually identical allegations to those presented in this action in another action he is pursuing in this court. See Case No. 2:12-cv-2488 LKK EFB P (E.D. Cal.).[1] Due to the duplicative nature of this action, the court will recommend that the complaint be dismissed.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a United States District Judge to this case; and

/////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

IT IS RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 19, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
arde0465.23